IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. No. 17-10022 -STA |
| STEPHANIE ANNE STRICKLAND, | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion by Defendant to continue sentencing, for good cause shown and there being no objection from the government, the Motion to Continue Sentencing is hereby **GRANTED**.

The sentencing shall be reset for **Friday, March 8, 2019 at 9:00 a.m.**

It is so **ORDERED**, this the 14th day of January, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF U.S. DISTRICT JUDGE